IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMOTHY R. McCRAY, ) | |
| ) | |
| Plaintiff(s), ) | No. C 06-6396 CRB (PR) |
| ) | |
| vs. ) | ORDER OF DISMISSAL |
| ) | |
| EDWARD J. CADEN, et al., ) | |
| ) | |
| Defendant(s). ) | |
| ) | |

        Plaintiff, a prisoner at Kern Valley State Prison and frequent litigant in federal court, filed a pro se civil rights complaint under 42 U.S.C. § 1983 alleging harassment and retaliation by correctional staff. Plaintiff also sought to proceed in forma pauperis under 28 U.S.C. § 1915.

        Per order filed on November 13, 2006, the court found that 28 U.S.C. § 1915(g) bars plaintiff from proceeding in forma pauperis in this action because plaintiff: (1) has had three or more prior prisoner actions dismissed by a federal district court on the grounds that they are frivolous, malicious, or fail to state a claim upon which relief may be granted; and (2) is not seeking relief from a danger of serious physical injury which is imminent at the time of filing. Nov. 13, 2006 Order at 2 (citing cases).

Pursuant to the law of the circuit, plaintiff nonetheless was afforded an opportunity to persuade the court that § 1915(g) does not bar pauper status for him. Id. (citing Andrews v. King, 398 F.3d 1113, 1120 (9th Cir. 2005)). The court gave plaintiff 30 days to "show cause why § 1915(g) does not bar pauper status for him," and explained that "[f]ailure to show cause, or pay the requisite $ 350.00 filing fee, within the designated time will result in the dismissal of this action without prejudice to bringing it in a new paid complaint." Id. at 2-3.

Plaintiff did not file a response to the court's order. He did file a "motion to proceed with civil rights complaint . . . in forma pauperis" in an accompanying case, however. See McCray v. Caden, No. C 06-3963 CRB (PR) (N.D. Cal. filed June 27, 2006). In it, he simply reiterates the allegations of both of his complaints and in no persuasive manner shows that § 1915(g) does not bar pauper status for him. The motion is DENIED and the action is DISMISSED without prejudice to bringing it in a paid complaint.

The clerk shall enter judgment in accordance with this order and close the file. No fee is due.

SO ORDERED.

DATED: December 18, 2006

CHARLES R. BREYER
United States District Judge